IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO WHITE, | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN, *et al.*, | : | |
| *Respondents* | : | No. 19-5406 |

**ORDER**

AND NOW, this 6th day of October, 2020, upon careful and independent consideration of *pro se* Petitioner Antonio White's Petition for Writ of Habeas Corpus (Doc. No. 1), Mr. White's Memorandum of Law in Support (Doc. No. 6), Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 7), and Mr. White's Objections to the Report and Recommendation (Doc. No. 8), consistent with the accompanying Memorandum it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1