## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO WHITE,** | : | |
| *Petitioner* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MARK GARMAN** *et al.*, | : | **No. 19-5406** |
| *Respondents* | : | |

## O R D E R

**AND NOW**, this 13th day of July, 2021, upon consideration of *pro se* Petitioner Antonio White's Notice of Appeal, which the Court construes as containing a Motion for an Extension of Time (Doc. No. 12), it is **ORDERED** that the Motion (Doc. No. 12) is **GRANTED** and Mr. White's Notice of Appeal is **DEEMED TIMELY** as of December 4, 2020 for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1